# In The United States Court of Federal Claims

No. 09-594T

(Filed: January 7, 2013)

_____

COLORCON, INC.,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Nancy B. Firestone, it is **ORDERED** that this civil action shall be transferred to Judge Nancy B. Firestone. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

    **IT IS SO ORDERED.**

                                                            s/ Francis M. Allegra
                                                            Francis M. Allegra
                                                            Judge